PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO PERGIS,<br><br>Defendant. | CASE NO. 1:23-CR-00154-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on September 27, 2023.

2. By this stipulation, defendant now moves to continue the case and set a status conference on October 25, 2023, and to exclude time between September 27, 2023, and October 25, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, videos, photographs, and the recorded statement of the defendant. All of this discovery has been produced directly to counsel and/or made available for inspection.

   b) Counsel for defendant desires additional time to review discovery, conduct

1  investigation and research related to the charges, conduct research into any mitigating factors,
2  consult with her client, discuss a potential plea with the government, and to otherwise prepare for
3  trial.

4      c)     Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny her the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.

7      d)     The government does not object to the continuance.

8      e)     Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10 original date prescribed by the Speedy Trial Act.

11      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of September 27, 2023 to October 25,
13 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14 T4] because it results from a continuance granted by the Court at defendant's request on the basis
15 of the Court's finding that the ends of justice served by taking such action outweigh the best
16 interest of the public and the defendant in a speedy trial.

17 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the
18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
19 must commence.

20 IT IS SO STIPULATED.

21
22 Dated: September 19, 2023       PHILLIP A. TALBERT
      United States Attorney
23
24       /s/ KATRINA BROWNSON
      KATRINA BROWNSON
25       Assistant United States Attorney

26 Dated: September 19, 2023       /s/ LAURA MYERS
27       LAURA MYERS
      Counsel for Defendant
28       MARCO PERGIS

**ORDER**

IT IS SO ORDERED that the status conference is continued from September 27, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 19, 2023**              /s/ Barbara A. McAuliffe
                                                                            UNITED STATES MAGISTRATE JUDGE