HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARCO PERGIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00154-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| MARCO PERGIS, | Date: February 12, 2024<br>Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Marco Pergis, that the Court may vacate the status conference currently scheduled for January 10, 2024, at 1:00 p.m. and set a change-of-plea hearing on February 12, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on January 10, 2024, at 1:00 p.m.

2. Mr. Pergis intends to enter a change of plea.

3. The parties therefore request that the Court vacate the January 10, 2024 status conference and set a change-of-plea hearing on February 12, 2024, at 8:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the parties agree that the time period of January 10, 2024, to February 12, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 3, 2024

*/s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MARCO PERGIS

**O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for January 10, 2024, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **February 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 10, 2024, to February 12, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 3, 2024**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE