HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARCO PERGIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00154-NODJ-BAM |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| MARCO PERGIS, | |
| Defendant. | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for May 15, 2024, at 10:00 a.m., is continued to **June 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 6, 2024**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE