1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:23-CR-00154-CRB-BAM |
12 |                      Plaintiff,  | STIPULATION TO AMEND JUDGMENT TO INCLUDE RESTITUTION AMOUNT; ORDER |
13 | v.                               | COURT: Hon. Charles R. Breyer |
14 | MARCO PERGIS,                    |
15 |                      Defendant.  |

16

17        Pursuant to the Court's prior order, Defendant Marco Pergis ("Defendant") and the United States

18 of America ("United States") submit this stipulation as to the specific amount of restitution and request

19 that the judgment be amended to reflect the agreed-upon amount of $8,000.

20        On July 26, 2024, the Honorable Charles R. Breyer sentenced Defendant to 36 months in

21 custody, 36 months of supervised release, and $100 in special assessment. [ECF #45]. The Court

22 further ordered that the parties submit a stipulation as to restitution. [ECF #45, 48, 49].

23        The parties have agreed to a restitution amount of $8,000. As to the schedule of payments, the

24 parties defer to the Court's evaluation of Defendant's financial circumstances as detailed in the

25 Presentence Investigation Report. *See* [ECF #31].

26

27

28

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The restitution amount is to be set at $8,000, with the schedule of payments to be determined by the Court.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date:  October 23, 2024               */s/ Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Date:  October 23, 2024              HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Laura Myers*
                                        LAURA MYERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARCO PERGIS

**O R D E R**

**IT IS SO ORDERED.** The judgment is amended to include restitution in the amount of $8,000.

Date: October 28, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE